Case 5:20-cv-00627-OLG   Document 8   Filed 01/15/21   Page 1 of 1

FILED
January 15, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DANTE HURTADO, DYLAN GALLAGHER, Each Individually and on Behalf of All Others Similarly Situated,<br>    *Plaintiffs*,<br><br>*v.*<br><br>PRIME COMMS RETAIL, LLC,<br>    *Defendant*. | Civil Action No. 5:20-cv-00627-OLG |

## ORDER ADMINISTRATIVELY CLOSING CASE

On August 24, 2020, the Court entered an Order staying the case pending the resolution of the parties' claims through individual binding arbitration. *See* docket no. 7. Accordingly, the Court hereby **ADMINISTRATIVELY CLOSES** this case. The Clerk of the Court is **ORDERED** to close this case upon entry of this Order. To the extent any issues remain after the conclusion of arbitration, any party may file a motion to reopen this case.

It is so **ORDERED**.

**SIGNED** this   15th   day of January, 2021.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE

1